**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nelvin GARCIA–CALDERON,
Defendant—Appellant.**

No. 03–10068.
D.C. No. CR–02–00732–JAT.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

Joseph Edward Koehler, AUS, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David M. Ochoa, Esq., Phoenix, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Nelvin Garcia–Calderon appeals his guilty-plea conviction and 63–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. §§ 1326(a), (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Garcia–Calderon has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Garcia–Calderon has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.[1]

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. All pending motions are denied.